NEW & INTERESTING FINDS ON AMAZON  EXPLORE

amazon prime | Automotive Parts & Accessories ▼ too dark motorsports | 5% Back at Whole Foods Market and Amazon.com

Automotive · Your Garage · Deals & Rebates · Best Sellers · Parts · Accessories · Tools & Equipment · Car Care · Motorcycle & Powersports · Truck · Jeep · RV · Tires & Wheels · Vehicles

Find parts for your: 2014 Ram 1500 ▼  Go

Your Garage (1) ▼

amazon home services  iPhone Screen Repair starts at $79.99 & comes to you  Schedule ›

‹ Back to search results for "too dark motorsports"

Too Dark Motorsports
### Walleye Fisherman Printed Vinyl Decal
Be the first to review this item

Best Price

Price: **$5.00** + $1 shipping

Get $40 off instantly: Pay $0.00 upon approval for the Amazon.com Store Card.

Note: Not eligible for Amazon Prime.

**Only 9 left in stock - order soon.**
Get it as soon as **Wednesday, March 7** when you choose **Two-Day Shipping** at checkout.
Ships from and sold by Too Dark Motorsports.

- Walleye Fisherman Printed Vinyl Decal
- 5 inches x 3 inch oval decal
- Professional Grade Cut Decal
- › See more product details

New (1) from $5.00 + $1.00 shipping

☐ Report incorrect product information.



Roll over image to zoom in

amazon home services
Let a pro do a deep clean
Schedule ›

Share ✉ f 🐦 ⓟ

Qty: 1 ⬍

$5.00 + $1.00 shipping
Only 9 left in stock - order soon.
Sold by **Too Dark Motorsports**

Add to Cart

Buy Now

Turn on 1-Click ordering for this browser

◉ Deliver to Jake - HAMILTON 59840

Add to List ⬍

Have one to sell? | Sell on Amazon

CLASSIC BIKER GEAR
USA Flag Outdoor Vinyl Decals

Subdued American Flags Tactical Military Flag USA Decal JEEP 5"x3"
★★★★½ 442
$8.99 ✓prime

### Special offers and product promotions
- Use **Hilton Honors Points** to shop at Amazon.com. Get started.

### Have a question?
Find answers in product info, Q&As, reviews

🔍

Exhibit B



amazon prime | Automotive Parts & Accessories ▼ | too dark motorsports | 🔍 | 5% Back at Whole Foods Market and Amazon.com

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck | Jeep | RV ▾ | Tires & Wheels ▾ | Vehicles

Find parts for your: [2014 Ram 1500 ▼] [Go]    Your Garage (1)

 amazon home services    iPhone Screen Repair
starts at $79.99 & comes to you    Schedule ›

‹ Back to search results for "too dark motorsports"








Click to open expanded view

Share ✉ f 🐦 ⓟ

Qty: 1 ⬍

$5.00 + $1.00 shipping
Only 9 left in stock - order soon.
Sold by **Too Dark Motorsports**

🛒 Add to Cart

▶ Buy Now

Turn on 1-Click ordering for this browser

◉ Deliver to Jake -
HAMILTON 59840

Add to List ⬍

Have one to sell?  Sell on Amazon




USA Flag Outdoor Vinyl Decals

**Subdued American Flags Tactical Military Flag USA Decal JEEP 5"x3" (G..**
★★★★☆ 442
$8.99 ✓prime

Ad feedback

**Special offers and product promotions**

- Use **Hilton Honors Points** to shop at Amazon.com. Get started.

**Have a question?**
Find answers in product info, Q&As, reviews

🔍

**Product information**


